

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-25-2008

# Matusow v. Trans Cty Title Agcy

Precedential or Non-Precedential: Precedential

Docket No. 07-2148

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Matusow v. Trans Cty Title Agcy" (2008). *2008 Decisions.* Paper 177.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/177

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-2148

_____

JACQUELINE MATUSOW,

*Appellant*

v.

TRANS-COUNTY TITLE AGENCY, LLC, JUN CHAN KIM, BERGEN COUNTY
SHERIFF, ARTHUR C. LINDERMAN, LYLE ROSENBAUM, and ROSE
ROSENBAUM,

*Appellees*

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 06-5723)
District Judge: The Honorable Faith S. Hochberg

_____

Before:  McKEE, RENDELL and TASHIMA\*, *Circuit Judges*

_____

ORDER AMENDING OPINION

_____

\*    The Honorable A. Wallace Tashima, Senior United States Circuit Judge for the
Ninth Circuit, sitting by designation.

The opinion, filed October 16, 2008, is amended by adding a new footnote 4 on slip op. at 8, line 16, after "a Pennsylvania resident," as follows:

> Because the status of the parties is jurisdictional, we assume that the District Court has, or will on remand, assure itself that the individual parties are citizens of the respective states of which the complaint alleges that they are residents.

All subsequent footnotes are renumbered accordingly.

BY THE COURT

A. Wallace Tashima
Circuit Judge

Dated: November 25, 2008

2